# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0425–2 | User: skh | Date Created: 12/23/2015 |
| Case: 2:14–ap–02085 | Form ID: pdf001 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
aty    Carl W. Roop    bankruptcy@roopsmithlaw.com.

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Joyce Garrison, Executrix of the    Estate of Linda Goddard    434 Shananwood Drive    Harpers Ferry, WV 25425
dft    Gary Lewis Rowe    111 Sanger Street    Oak Hill, WV 25901
intp    Robert L Johns    Turner & Johns, PLLC    216 Brooks Street, Suite 200    Charleston, WV 25301
smg    United States Attorney    Southern District WV    P.O. Box 1713    Charleston, WV 25326–1713
smg    WV Department of Tax & Revenue    Bankruptcy Unit    P.O. Box 766    Charleston, WV 25323–0766
ust    U.S. Trustee    2025 Robert C. Byrd U.S. Courthouse    300 Virginia Street, East    Charleston, WV 25301
ust    United States Trustee    2025 Robert C. Byrd U.S. Courthouse    300 Virginia Street, East    Charleston, WV 25301

TOTAL: 7